IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LLOYD GIPSON AND EVA GIPSON,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-2477-L** |
| | § | |
| **JP MORGAN CHASE,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 12), filed July 16, 2013. This mortgage foreclosure case was referred to Magistrate Judge Paul D. Stickney, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 20, 2014, recommending that Defendant's Motion to Dismiss be granted and all of Plaintiffs' claims be dismissed with prejudice. No objections were filed to the Report. Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 12), and **dismisses** this action **with prejudice** pursuant to Federal Rule of Civil Procedure 12(b)(6).

**It is so ordered** this 11th day of March, 2014.

*signature*
Sam A. Lindsay
United States District Judge

Order –Solo Page